

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-14-00013-CV

**IN THE INT OF AJL, ARL, AAR, AND BNG**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02031
Honorable Richard Garcia, Judge Presiding

# O R D E R

     Appellant Ernestine E.'s brief was originally due on March 3, 2014.  On March 3, 2014, appellant filed her first request for an extension, asking for additional time until March 24, 2014.

     The request is GRANTED; however, because this is an accelerated appeal from an order terminating parental rights, **no further extensions of time will be granted**.  Appellant's brief is due no later than March 24, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

Keith E. Hottle
Clerk of Court